

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00241-CR

JUAN DOMINGO RAMIREZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1927238

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Appellant Juan Domingo Ramirez was convicted of continuous sexual abuse of a young child and sentenced to life imprisonment. Ramirez has appealed from that conviction and the resulting sentence. On March 11, 2020, Ramirez's court-appointed appellate counsel, Frank R. Hughes, III, filed an *Anders*[1] brief, and on March 27, 2020, Ramirez filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Ramirez's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Ramirez's access to the record.

On March 31, 2020, Hughes advised this Court that he would mail a complete paper copy of the appellate record to Ramirez. Allowing fifteen days from the date of this order for the record to be delivered to Ramirez and giving him thirty days to prepare his pro se response, we hereby set May 18, 2020, as the deadline for Ramirez to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        April 1, 2020

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).

2